AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DELANO A. MIDDLETON,

    Plaintiff,

    v.

UHAUL COMPANY, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-00361

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 14, 2025, adopting the Report and Recommendation of the Magistrate Judge, Plaintiff's complaint is dismissed as malicious and frivolous. This case stands closed.

| | |
|---|---|
| 8/14/2025 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/1/03